**Opinion filed July 12, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00210-CR
_____

## STEVEN DEREK PHIFFER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CR154957**

## M E M O R A N D U M   O P I N I O N

The jury convicted Appellant, Steven Derek Phiffer, of the Class A misdemeanor offense of possession of a prohibited weapon (knuckles) and assessed a $2,500 fine as punishment. *See* TEX. PENAL CODE ANN. § 46.05(a)(2), (e) (West Supp. 2017). We affirm.

We previously abated this appeal for the trial court to determine whether Appellant desired to prosecute this appeal and, if so, whether Appellant had made

any arrangements for filing the brief. *See* TEX. R. APP. P. 38.8(b). In compliance with this court's order, the trial court held a hearing. Appellant did not appear at the hearing, but the record from that hearing shows that he had gone to the trial court clerk's office and paid his fine and court costs in full. The trial court surmised that Appellant had "decided to not continue with his appeal."

Because Appellant is not indigent and because Appellant did not file a brief or make arrangements to pay for the reporter's record, this appeal has been submitted on the clerk's record—without a reporter's record from the jury trial and without an appellant's brief. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). We have reviewed the clerk's record and the reporter's record from the hearing that was conducted pursuant to Rule 38.8(b), and we have found no reversible error.

Consequently, we affirm the judgment of the trial court.

PER CURIAM

July 12, 2018

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.